**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VITALY FEDOROV, | Case No. 2:25-cv-02518-APG-NJK |
| Petitioner | **Order Granting Petition for Writ of Habeas Corpus and Motion for Temporary Restraining Order** |
| v. | |
| JOHN MATTOS, *et al.*, | [ECF Nos. 11, 13] |
| Respondents. | |

Petitioner Vitaly Fedorov, an immigration detainee born in the former U.S.S.R., was ordered removed from the United States by an Immigration Judge on August 30, 2006. He was ordered removed to Ukraine, presumably because his birthplace is now part of that country. On December 5, 2006, Mr. Fedorov was released on an order of supervision with conditions. In the 19 years since then, the United States has been unable to remove him. In June 2025, he was taken into state custody and eventually held on a detainer issued by Immigration and Customs Enforcement (ICE). On approximately August 1, 2025, Mr. Fedorov was formally transferred to ICE, and he has remained in ICE custody since then. "ICE is unable to confirm progress made toward removal to Ukraine" and "has also not identified any potential third country for [Mr. Fedorov's removal." ECF No. 15 at 3.

Mr. Fedorov filed an Amended Petition for Writ of Habeas Corpus and a motion for a temporary restraining order, both of which seek his immediate release from custody under *Zadvydas v. Davis*, 533 U.S. 678 (2001). ECF Nos. 11, 13. The respondents agree that there is no significant likelihood of removal in the reasonably foreseeable future. ECF No. 14. Thus, the

United States agrees that, under *Zadvydas*, Mr. Fedorov's Amended Petition and motion should be granted.

I THEREFORE ORDER that Mr. Fedorov's Amended Petition for Writ of Habeas Corpus **(ECF No. 11)** and motion for temporary restraining order **(ECF No. 13) are granted.** I placed the detailed reasons for this decision on the record during the January 26, 2026 hearing and incorporate them into this order. I declare that Mr. Fedorov's ongoing detention violates the Due Process Clause of the Fifth Amendment.

I FURTHER ORDER respondent John Mattos to release Mr. Fedorov from the custody of CoreCivic as soon as reasonably possible but no later than 3:00 p.m. on Wednesday, January 28, 2026, in a safe and orderly fashion during the daytime. The respondents must transport Mr. Fedorov to 501 Las Vegas Blvd South, Las Vegas, Nevada that same day. Mr. Fedorov is reinstated to supervision and will remain subject to whatever conditions of supervision were previously imposed upon him by the Immigration Judge prior to his recent detention.

I FURTHER ORDER that the respondents are permanently enjoined from further unlawful detention of Mr. Fedorov under *Zadvydas v. Davis*, 533 U.S. 678 (2001) or any other applicable law. The respondents are prohibited from revoking Mr. Fedorov's release on the order of supervision absent proof of changed circumstances making his removal reasonably foreseeable and without first following the required statutory procedures.

I FURTHER ORDER that the respondents are prohibited from removing Mr. Fedorov to a third country without a reasonable opportunity to reopen his proceedings before an Immigration Judge.

Dated: January 26, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2